MANUEL M. NAVARRO
C.D.C. # P94139
C.C.A. Corrections Corporate of America
North Fork Correctional Facility.
1605 E. Main
Sayre, Oklahoma 73662
Phone. 580-926-8200
Fax 580-928-9282

C8-241 WHA

THE UNITED STATE DISTRICT COURT
AND IN FOR THE NORTHERN DISTRICT OF CALIFORNIA.

RE: ATTENTION TO THE CLERK OF COURT.

DEAR SIR OR MAM!

PETITIONER WAS FORCE TO "OUT OF STATE TRANSFERRED INVOLUNTARY PROGRAM." AND HAD SUFFERED FROM THIS ORDER FROM C.D.C. CRITERIA. "ALBEIT" THE PETITIONER IS NOTIFYING THI COURT THE NEW RESIDENT_ AS FO THER PLAINTIFF OR RESPONDENT OF MY LOCATION.

PETITIONER: Manuel M. Navarro

DATE: 05-01-08



MANUEL M. NAVARRO P9439
C.C.A. CORRECTIONS CORPORATE OF AMERICA
NORTH FORK CORRECTIONAL FACILITY
1605 E. MAIN
SAYRE, OKLAHOMA. 73662
PH # 580- 928- 9200
FAX 580- 928- 9282

ATT: CLERK OF COURT.
THE UNITED STATES DISTRICT COURT.
AND FOR THE NORTHERN DISTRICT OF CALIFORNIA.
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA.