IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL M. NAVARRO,<br><br>  Petitioner,<br><br>  vs.<br><br>BEN CURRY, Warden,<br><br>  Respondent. | No. C 08-0241 WHA (PR)<br><br>**ORDER DENYING APPOINTMENT OF COUNSEL**<br><br>(Docket Nos. 9, 10, 11) |

This is a habeas case filed by a state prisoner proceeding pro se.

Notwithstanding the instruction not to file any further requests for appointment of counsel, petitioner has filed such a request for a fourth time. His request is **DENIED** (docket number 21) for the same reasons that his first three requests were denied. Appointment will be ordered sua sponte should the circumstances of the case so warrant. Any further request for appointment of counsel will be returned to petitioner.

**IT IS SO ORDERED.**

Dated: July   14   , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\NAVARRO0241.ATY.wpd