IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL M. NAVARRO, | No. C 08-0241 WHA (PR) |
| Petitioner, | **ORDER DENYING LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS** |
| v. | |
| BEN CURRY, Warden, | |
| Respondent. | **(Docket No. 35)** |

This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C. 2254. The petition was denied on its merits and a certificate of appealability was denied in the same order. Petitioner has filed a notice of appeal and a motion for leave to proceed on appeal in forma pauperis. The certificate of appealability was denied because "no reasonable jurist would find the denial of his claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For the same reason, petitioner's appeal is not taken in "good faith" and consequently leave to proceed on appeal in forma pauperis is **DENIED**. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

Dated: December  9 , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\NAVARRO0241.AFP.wpd